FILED

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

02 JUN 27 PM 1:19

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | ] | |
| Plaintiff(s), | ] | |
| | ] | CV-01-N-0469-S |
| vs. | ] | |
| **HEADSTART HAIR CARE SALON, INC.,** | ] | |
| Defendant(s). | ] | |

ENTERED
JUN 2 7 2002

### Order

The court having been advised that the above entitled cause has been settled, it is **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice to the right of any party to reopen the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final judgment.

Done, this 27th of June, 2002.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE